UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIONBRIDGE TECHNOLOGIES LLC,

                              Plaintiff,

                -v-

CAROLINE O'CONNELL,

                              Defendant.

25 Civ. 9693 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 30, 2026, defendant filed a motion to dismiss the complaint under Federal

Rule of Civil Procedure 12. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a

motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by

April 28, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does

amend, by May 19, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or

(3) submit a letter to the Court, copying plaintiff, stating that she relies on the previously filed

motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any

opposition to the motion to dismiss by April 28, 2026. Defendants' reply, if any, shall be served

by May 12, 2026. At the time any reply is served, the moving party shall supply the Court with

two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall

United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendant files a new motion to dismiss or relies on her previous motion, plaintiff's
opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days
after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 31, 2026
      New York, New York